**CRIMINAL COMPLAINT**
(Submitted electronically)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Rey David Marquez-Jimenez**<br>DOB: 1999; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**22-01488MJ** |

Complaint for violation of Title 18, United States Code, Sections 111(a) and 111(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 26, 2022, in the District of Arizona, Defendant **Rey David Marquez-Jimenez** did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent J.O., an agent of the United States as designated in section 18 U.S.C. § 1114, while agent J.O. was engaged in, or on account of the performance of his duties, and in doing so the Defendant used a deadly and dangerous weapon, to wit: a knife, and such act involved physical contact. All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 26, 2022, at approximately 4:18 a.m., United States Border Patrol Agent J.O. responded to a remote location near Hereford, Arizona. A surveillance tower had observed a group of three individuals entering the United States from Mexico. After locating two of the individuals, Agent J.O. was attempting to take one person into custody when Agent J.O. was attacked by another person, later identified as **Rey David Marquez-Jimenez**. **Marquez-Jimenez** struck Agent J.O. on the head and tackled him to the ground. In the ensuing struggle, **Marquez-Jimenez** pulled a knife and held it near Agent J.O.'s throat and face. Agent J.O.'s hand was cut while trying to end the attack. **Marquez-Jimenez** and the other person fled from the scene. Shortly thereafter, **Marquez-Jimenez**, was arrested by other Border Patrol Agents who responded to the area.

In a post-*Miranda* statement, **Marquez-Jimenez** admitted to attacking Agent J.O. and holding the knife to the agent's throat.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED AUSA *Sarah B. Houston* SARAH HOUSTON Digitally signed by SARAH HOUSTON Date: 2022.01.27 09:13:49 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br>*[signature]*<br>OFFICIAL TITLE<br>FBI Special Agent Michael Livingood |
|---|---|
| Sworn to telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE[1] *[signature]* | DATE<br>January 27, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54